UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYDIA GOINES,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C14-1527-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration.  Dkt. 1.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 13.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a *de novo* hearing and a new decision.  On remand, the ALJ shall re-evaluate the claimant's mental impairments pursuant to the special technique in 20 CFR 404.1520a; re-evaluate the severity of the claimant's migraine headaches at step two; reconsider the claimant's residual functional capacity, and in so doing, further evaluate the opinion evidence

REPORT AND RECOMMENDATION
PAGE - 1

from the treating and non-examining sources; re-evaluate the evidence at step four of the sequential evaluation process, and in so doing compare the physical and mental demands of the claimant's past relevant work with her maximum residual functional capacity (Social Security Rulings 82-61 and 82-62); seek supplemental vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that the claimant can perform; and issue a new decision.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation.  The Clerk should note the matter for **March 3, 2015** as ready for Judge Coughenour's consideration.  A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of March, 2015.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge