THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYDIA GOINES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C14-1527-JCC-JPD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 15). Having reviewed the Report and Recommendation based on the stipulation of the parties (Dkt. No. 13), it is hereby **ORDERED** that:

1) The Court **ADOPTS** and **APPROVES** the Report and Recommendation.
2) The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.
3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

1   DATED this 5th day of March 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2